IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01318-WDM-BNB | Date: October 18, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| THOMAS SEVERINO, SR., | James Jablonski |
| THOMAS SEVERINO, JR., | Matthew Casebolt |
| DAWN POREDA, | |
| GLENN POREDA, | |
| JOSEPH HONAHAN, | |
| KRISTIN HONAHAN, | |
| and JEFFREY OWENS, | |

        Plaintiffs,

v.

| | |
|---|---|
| KLYTIES'S DEVELOPMENT, INC., | Meredith Munroe |
| EFRAT FRIEDMAN, | |
| HIDAI FRIEDMAN, | |
| KLYTIE'S DEVELOPMENTS, LLC, | |
| and JASON J. SHARKEY | Martin Berliners |

        Defendants,

| | |
|---|---|
| ERNST & YOUNG INC., | Mark Fulford |

        Receiver.

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:    1:31 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Motion to stay litigation or, in the alternative, for declaration relief by defendants(filed September 13, 2007; #16) is TAKEN UNDER ADVISEMENT. The parties' brief in support of the motion to stay shall be filed on or before October 26, 2007. The parties' brief in opposition of the motion to stay shall be filed on or before November 2, 2007.**

Court in Recess        2:46 p.m.        Hearing concluded.

Total time in court:    01:15