IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01318-WDM-KMT


THOMAS SEVERINO, SR.,
THOMAS SEVERINO, JR.,
DAWN POREDA,
GLENN POREDA,
JOSEPH HONAHAN,
KRISTIN HONAHAN, and
JEFFREY OWENS,

      Plaintiffs,

v.

KLYTIE'S DEVELOPMENTS, INC.,
EFRAT FRIEDMAN,
HIDAI FRIEDMAN,
KLYTIE'S DEVELOPMENTS, LLC, and
JASON J. SHARKEY

      Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion to Modify Scheduling Order" (#64, filed January 28, 2008) is
GRANTED.  Discovery shall be completed by June 30, 2008.  Dispositive motions shall be filed
by July 30, 2008.  The Final Pretrial Conference set for June 10, 2008, is VACATED and RESET
to **August 4, 2008, at 9:00 a.m.**  The time to amend the complaint and add new parties is
February 28, 2008.

Dated: February 4, 2008