IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01318-WDM-KMT

THOMAS SEVERINO, SR., et al.,

Plaintiffs,

v.

KLYTIE'S DEVELOPMENTS, INC., et al.,

Defendants.

_____

**PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT AND ADD PARTIES**
_____

Plaintiffs, Thomas Severino, Sr., Thomas Severino, Jr., Dawn Poreda, Glenn Poreda, Joseph Honahan, Kristin Honahan, and Jeffrey Owens hereby move the Court pursuant to F.R.C.P. 15 and 20, to amend the Complaint and add parties and state as reasons the following:

1  Pursuant to the Scheduling Order, Plaintiffs are permitted to amend the Complaint and add parties through February 28, 2008.

2.  Since filing the original Complaint, Plaintiffs have engaged in additional investigation of the facts, including in particular examining more closely those persons who participated in the solicitation of monies in the U.S., including Colorado, on behalf of Klytie's, LLC and Jason Sharkey.

3. Further, Plaintiffs have sought to trace the disbursement of monies from a bank account of Klytie's, LLC, maintained in Colorado and have identified numerous recipients of such monies, which were provided by investors.

4. Plaintiffs have added claims for unjust enrichment against the additional Defendants because each received monies from Klytie's and/or Sharkey without payment of value and are obligated under law to return the monies to the investors

5. Plaintiffs have complied with the requirements of Local Rule 7.1 by inquiring and counsel for Jason Sharkey has stated he is opposed to this motion.

Wherefore, for the reasons stated, this Court should grant Plaintiffs' Motion to File Amended Complaint and Add Parties.

Dated this 28th day of February, 2008.

        s/James A. Jablonski
        James A. Jablonski
        Matthew Casebolt
        Rumler Tarbox Lyden
        Law Corporation PC
        1777 S. Harrison Street, Suite 1250
        Denver, Colorado 80210
        Telephone: 303-333-7733
        Fax: 303-355-6036
        E-Mail: jjablonski@rumlerlaw.com
        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, I served on the parties via Electronic Filing and First Class U.S. Mail, a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT AND ADD PARTIES** addressed to the following:

Mark L. Fulford, Esq.
Sherman & Howard, LLC
633 Seventeenth Street
Suite 3000
Denver, Colorado 80202

Martin M. Berliner
Berliner McDonald P.C.
5670 Greenwood Plaza Boulevard, Suite 418
Greenwood Village, Colorado 80111

Efrat Friedman
210 Lorine Lane
Malibu, CA 90265

Hildai Friedman
210 Lorine Lane
Malibu, CA 90265

Klytie's Developments, Inc.
207-5010 4th Street North East
Calgary Alberta T2K 5x8
Canada

Klytie's Developments, LLC
1000 440-2nd Avenue South West
Calgary Alberta T2P5E
Canada

              s/Andrea Davis
              Andrea Davis