IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01318-WDM-KMT

THOMAS SEVERINO, SR.,
THOMAS SEVERINO, JR.,
DAWN POREDA,
GLENN POREDA,
JOSEPH HONAHAN,
KRISTIN HONAHAN, and
JEFFREY OWENS,

 Plaintiffs,
v.

KLYTIE'S DEVELOPMENTS, INC.,
EFRAT FRIEDMAN,
HIDAI FRIEDMAN,
KLYTIE'S DEVELOPMENTS, LLC, and
JASON J. SHARKEY,

 Defendants,
and

JASON J. SHARKEY,

 Cross-Claim Plaintiff,
v.

EFRAT FRIEDMAN, and
HIDAI FRIEDMAN,

 Cross-Claim Defendants.

# ORDER

Defendant and cross-claimant Jason J. Sharkey has filed a "Notification of Disposition of Criminal Action Against Defendant, Jason Sharkey" [Doc. No. 92, filed July 31, 2008]. In that Notification Mr. Sharkey requests the proceedings in this case as to himself, which were stayed pending resolution of his criminal case in Jefferson County, Colorado, continued to be stayed until subsequent to September 29, 2008, the date scheduled for the trial of Hidai Friedman, defendant and cross-defendant in this action.

All interested parties are ORDERED to respond to this request **on or before August 20, 2008.**

Dated this 7th day of August, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge