IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01318-WDM-KMT

THOMAS SEVERINO, SR.,
THOMAS SEVERINO, JR.,
DAWN POREDA,
GLENN POREDA,
JOSEPH HONAHAN,
KRISTIN HONAHAN, and
JEFFREY OWENS,

    Plaintiffs,

v.

KLYTIE'S DEVELOPMENTS, INC.,
EFRAT FRIEDMAN,
HIDAI FRIEDMAN,
KLYTIE'S DEVELOPMENTS, LLC, and
JASON J. SHARKEY,

    Defendants,
and

JASON J. SHARKEY,

    Cross-Claim Plaintiff,

v.

EFRAT FRIEDMAN, and
HIDAI FRIEDMAN,

    Cross-Claim Defendants.

---

**ORDER**

---

Defendant and cross-claimant Jason J. Sharkey has filed a "Notification of Disposition of Criminal Action Against Defendant, Jason Sharkey" [Doc. No. 92, filed July 31, 2008]. In that Notification Mr. Sharkey requests the proceedings in this case as to himself, which were stayed pending resolution of his criminal case in Jefferson County, Colorado, continued to be stayed until subsequent to September 29, 2008, the date scheduled for the trial of Hidai Friedman, defendant and cross-defendant in this action. The Court ordered all interested parties to file a response to this request on or before August 20, 2008.

Plaintiffs, Thomas Severino, Sr., Thomas Severino, Jr., Dawn Poreda, Glenn Poreda, Joseph Honahan, Kristin Honahan, and Jeffrey Owens filed "Plaintiffs' Response to Defendant Sharkey's Request for Continuation of Stay" [Doc. No. 94] on August 19, 2008. These parties indicated they did not oppose a stay of proceedings in this case as to Defendant Sharkey until the completion of the trial of Hidai Friedman commencing on September 29, 2008. No other party responded.

Therefore, it is **ORDERED** the stay of proceedings previously ordered as to Defendant Sharkey on April 17, 2008 [Doc. No. 87] is CONTINUED until further order of the court. The parties are **ORDERED** to file a Notice with the court within ten days of any disposition of criminal case 07CR01, First Judicial District, State of Colorado with respect to Hidai Friedman.

All parties are further **ORDERED** to file a status report with the court on or before October 15, 2008.

Dated this 27th day of August, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge