IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01318-WDM-KMT

THOMAS SEVERINO, SR., et al.,

    Plaintiff(s),

v.

KLYTIE'S DEVELOPMENTS, INC., et al.,

    Defendant(s).
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

    This proceeding has been stayed pending resolution of potentially related criminal matters and bankruptcy proceedings. There has been no activity since the last status report by the Receiver filed on February 18, 2010, (Doc. No. 99). No apparent purpose is being served by maintaining this matter as an open proceeding on this court's docket. Accordingly, pursuant to D.C.COLO.LCivR. 41.2 the Clerk is directed to administratively close this matter subject to reopening for good cause. If this matter is not reopened by August 1, 2011, the matter may be dismissed without prejudice without any further notice to the parties.

    DATED at Denver, Colorado, on July 8, 2010.

                                                  BY THE COURT:

                                                 s/ Walker D. Miller
                                                 United States Senior District Judge

PDF FINAL